**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00132-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RUDY AGAPITO CORTEZ III,
       a/k/a "Big Homie"

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

**Blackburn, J.**

The matter is before the Court on the **United States' Motion for Preliminary Order of Forfeiture** [#32][1] filed October 30, 2014, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds and concludes:

THAT on October 24, 2014, the United States and defendant Rudy Agapito Cortez III entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, [#29];

THAT the requisite nexus exists between the $39,750.00 in United States

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

currency and the conspiracy and possession with the intent to distribute 500 grams or more of a quantity of a mixture and substance containing a detectable amount of cocaine to which defendant Rudy Agapito Cortez III pleaded guilty; and

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the **United States' Motion for Preliminary Order of Forfeiture** [#32] filed October 30, 2014, is **GRANTED**;

2. That defendant's interest in $39,750.00 in United States currency is **FORFEITED** to the United States in accordance with 21 U.S.C. § 853;

3. That pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture **SHALL BECOME FINAL** as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

4. That the United States is **DIRECTED TO SEIZE** the property subject to forfeiture and to make its return as provided by law;

5. That the United States **SHALL PUBLISH** notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days and to make its return to this Court that such action has been completed;

6. That on adjudication of all third-party interests, if any, the Court **SHALL ENTER** a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of

the Federal Rules of Criminal Procedure, in which all interests will be addressed;

7. That the Court **SHALL RETAIN** jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings, *see* Fed. R. Crim. P. 32.2(c)(1); and

8. That this Preliminary Order of Forfeiture **MAY BE AMENDED** pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated October 30, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge