**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00132-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     RUDY AGAPITO CORTEZ III,
      a/k/a "Big Homie"

      Defendant.

---

## FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter is before me on the **United States' Motion for Final Order of Forfeiture** [#41][1]. After careful review of the motion and the file, I find:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on April 7, 2014;

THAT a Preliminary Order of Forfeiture was entered on October 30, 2014;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on January 7, 2015;

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

THAT, as of January 7, 2015, no Petition for Ancillary Hearing has been filed by any petitioner; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

**THEREFORE, IT IS ORDERED** as follows:

1. That judgment of forfeiture of the $39,750.00 in United States currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party; and

2. That the United States shall have full and legal title to the forfeited $39,750.00 in United States currency and may dispose of it in accordance with law;

Dated February 19, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge